Present — INGRAHAM, P. J., CLARKE, SCOTT, DOWLING and HOTCHKISS, JJ.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

EMILIE W. KERR, as Executrix under the Last Will and Testament of ELIZA M. SMITH, Deceased, Respondent, v. ADDISON SMITH, Appellant, Impleaded with HENRY IVES SMITH, as Executor, etc., of ELIZA M. SMITH, Deceased, Defendant. (Appeal No. 2.)

First Department, May 29, 1913.

See head note in *Kerr* v. *Smith*, *No. 1* (*ante*, p. 807).

APPEAL by the defendant, Addison Smith, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 28th day of April, 1913, denying a motion to vacate an attachment on original papers.

*James R. Sloane*, for the appellant.

*Edward D. Bryde*, for the respondent.

PER CURIAM:

Appeal from an order denying defendant's motion to vacate an attachment.

For the reasons given for the reversal of the order denying defendant's motion to dismiss the attachment on further papers (*Kerr* v. *Smith*, *No. 1*, 156 App. Div. 807), the order on this appeal should be reversed, with ten dollars costs and disbursements.

Present — INGRAHAM, P. J., CLARKE, SCOTT, DOWLING and HOTCHKISS, JJ.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.